IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pate, Daniel

Pate, Angelica

Printed: 02/24/09

Case Number: 08 B 02070

Judge: Wedoff, Eugene R

Filed: 1/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2009

Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,729.00 |  |
| Secured: |  | 1,999.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,491.91 |
| Trustee Fee: |  | 237.74 |
| Other Funds: |  | 0.00 |
| Totals: | 3,729.00 | 3,729.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,371.00 | 1,491.91 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | National City Bank | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 20,668.07 | 1,999.35 |
| 5. | National City Bank | Secured | 2,724.30 | 0.00 |
| 6. | Home Loan Services | Secured | 21,575.24 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 36.34 | 0.00 |
| 8. | Senex Services Corp | Unsecured | 140.61 | 0.00 |
| 9. | CPI/Joliet | Unsecured | 11.75 | 0.00 |
| 10. | T Mobile USA | Unsecured | 27.98 | 0.00 |
| 11. | Nicor Gas | Unsecured | 71.63 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 275.01 | 0.00 |
| 13. | Oliphant Financial Corporation | Unsecured | 20.00 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 61.68 | 0.00 |
| 15. | Cook County Treasurer | Secured | | No Claim Filed |
| 16. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 17. | Direct Tv | Unsecured | | No Claim Filed |
| 18. | ADT Security Systems | Unsecured | | No Claim Filed |
| 19. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 21. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 22. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | Illinois Catalog Sales | Unsecured | | No Claim Filed |
| 25. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 26. | Evergreen Emergency Service | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pate, Daniel

Pate, Angelica

Printed: 02/24/09

Case Number:  08 B 02070

Judge:  Wedoff, Eugene R

Filed:  1/31/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | First Premier | Unsecured | | No Claim Filed |
| 28. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 29. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | Medical Collections | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | 77th St Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 34. | Medical Collections | Unsecured | | No Claim Filed |
| 35. | Medical Collections | Unsecured | | No Claim Filed |
| 36. | UIC Medical Center | Unsecured | | No Claim Filed |
| 37. | 77th St Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 38. | Progress Credit Union | Unsecured | | No Claim Filed |
| 39. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| | | | $ 47,983.61 | $ 3,491.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 22.84 |
| 6.5% | 214.90 |
| | $ 237.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

